

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00528-CV

**IN RE VALERO ENERGY CORPORATION**; Valero Refining-New Orleans, LLC; Valero Refining-Texas, L.P.; Valero Services, Inc.; Valero Unit Investments, LLC; Valero Retail Holdings, Inc.; Valero International Holdings, Inc.; and Valero Refining and Marketing Co.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

Delivered and Filed:  October 5, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On August 18, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-04253, styled *Judith Albarran, et al. v. Koch Specialty Plant Services, et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.